AO91 (Rev. 12/03)   Criminal Complaint                                                                AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**               **CRIMINAL COMPLAINT**
            vs.
                                                   Case Number: 7:19-po-06696

Eber GOMEZ-Lopez
IAE
Mexico 1994

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 24, 2019** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Eber GOMEZ-Lopez was encountered by Border Patrol Agents near Progreso, Texas on April 24, 2019. When questioned as to his citizenship, defendant stated that he was a citizen and national of Mexico, who had entered the United States illegally on April 24, 2019 by rafting across the Rio Grande River near the Progreso, Texas Port of Entry.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Bergollo, Ernie  Border Patrol Agent
Signature of Complainant

Bergollo, Ernie   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 26, 2019                                                     at   McAllen, Texas
Date                                                                      City/State

Juan F Alanis         Magistrate Judge
Name of Judge    Title of Judge                                   Signature of Judge